**Electronically Filed
Supreme Court
SCWC-23-0000696
06-APR-2026
02:40 PM
Dkt. 9 ODAC**

SCWC-23-0000696

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TOAN QUACH,
Respondent/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000696; S.P.P. NO. 1CPN-23-0000017;
CRIMINAL NO. 1PC07100242)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy;
and Ginoza, J., dissenting)

Petitioner's Application for Writ of Certiorari, filed

on March 6, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James H. Ashford

